IN THE UNITED STATES DISTRICT COURT
For The
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>v.<br><br>JOSE RODRIGUEZ,<br><br>            Defendant. | USDC Case No. 5:19-PO-00259-JLT<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court, the Defendant hereby submits this status report on unsupervised probation:

**Convicted of:** Operating a Motor Vehicle Off Road in Undesignated Area, in violation of 36 CFR § 4.10(a)

**Sentence Date:** March 2, 2021

**Review Hearing Date:** December 3, 2021

**Probation Expires On:** March 2, 2022

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $600.00, which Total Amount is made up of a Fine: $560.00   Special Assessment: $10.00   Processing Fee: $30

☒ **Attend monthly AA meetings for 10 months.**

### *COMPLIANCE:*

Mr. Rodriguez has not had any new law enforcement contact and continues to obey all laws.

Mr. Rodriguez paid the $600 fines and penalties as outlined above and shared confirmation of same with counsel.

Mr. Rodriguez has attended 10 AA meetings since he was sentenced 9 months ago in March. He was unable to attend every single month due to his work schedule and COVID-19 related restrictions. However, he made up for the months he missed by attending additional sessions in other months.

### *GOVERNMENT POSITION:*

☒     The Government agrees to the above-described compliance.

☐     The Government disagrees with the following area(s) of compliance:

Government Representative:

DATED: 12/1/2021          /s/Jeffrey A. Spivak
                                    Jeffrey A. Spivak
                                    Assistant United States Attorney

### *THE PARTIES' REQUEST*

In light of the information detailed in this status report, the parties move for the following:

☒ that the status conference set for 12/3/2021 at 9:00 a.m.

    ☒ be vacated.

    ☐ be continued and set for a review hearing on 03/01/2022 at 9:00 a.m.

DATED: 12/1/2021          /s/ Christina M. Corcoran
                                    Assistant Federal Defender
                                    Counsel for Jose Rodriguez

### ORDER

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the parties' request is:

☐     GRANTED. The Court orders that the Status Conference set for 12/03/2021 at 9:00 a.m. be vacated.

☒     GRANTED. The Court orders that the Status Conference set for 12/03/2021 at 9:00 a.m. be continued and set for a review hearing on 03/01/2022 at 9:00 a.m.

☐     DENIED.

DATED: December 2, 2021                     **JENNIFER L. THURSTON**
                                                         United States Magistrate Judge