# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>v.<br><br>JOSE RODRIGUEZ,<br><br>　　　　　Defendant. | USDC Case No. 5:19-PO-00259-JLT<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court, the Defendant hereby submits this status report on unsupervised probation:

**Convicted of:**　　Operating a Motor Vehicle Off Road in Undesignated Area, in violation of 36 CFR § 4.10(a)

**Sentence Date:**　　March 2, 2021

**Review Hearing Date:**　March 1, 2022

**Probation Expires On:**　March 2, 2022

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒　**Obey all federal, state and local laws**; and

☒　**Monetary Fines & Penalties in Total Amount of:** $600.00, which Total Amount is made up of a Fine: $560.00   Special Assessment: $10.00   Processing Fee: $30

☒　**Attend monthly AA meetings for 10 months.**

### *COMPLIANCE:*
Mr. Rodriguez has not had any new law enforcement contact and continues to obey all laws.

As set forth on the record in the last stipulation, Mr. Rodriguez paid the $600 fines and penalties as outlined above and shared confirmation of same with counsel.  ECF Dkt. # 14.

As set forth on the record in the last stipulation, Mr. Rodriguez has attended 10 AA meetings since he was sentenced in March and provided proof of attendance to counsel.  ECF Dkt. # 14.

### *GOVERNMENT POSITION:*

☒　The Government agrees to the above-described compliance.

☐　The Government disagrees with the following area(s) of compliance:

Government Representative:

DATED:  2/22/2022          /s/Jeffrey A. Spivak
                           Jeffrey A. Spivak
                           Assistant United States Attorney


*THE PARTIES' REQUEST*

In light of the information detailed in this status report, the parties move for the following:

☒   that the review hearing set for 3/1/2022 at 9:00 a.m.

  ☐   be continued to; or

  ☒   be vacated.


DATED:  2/22/2022          /s/ Christina M. Corcoran
                           Assistant Federal Defender
                           Counsel for Jose Rodriguez


## ORDER

The Court having considered the defendant's request,

**IT IS HEARBY ORDERED** that the parties' request is:

X    GRANTED.  The Court orders that the Review Hearing set for 03/01/2022 at 9:00 a.m. be vacated.

☐    DENIED.


IT IS SO ORDERED.

Dated:  **February 23, 2022**

UNITED STATES MAGISTRATE JUDGE